United States Bankruptcy Court
Central District of California

In re:  
Joshua E Greenberg  
    Debtor

Case No. 17-13065-MT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: rtoomerC     Page 1 of 1     Date Rcvd: Nov 16, 2017  
                     Form ID: mdeforco     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.  
db          +Joshua E Greenberg,    16756 Addison St.,    Encino, CA 91436-1056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:  
         Amy L Goldman (TR)    marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com  
         James R Selth    on behalf of Debtor Joshua E Greenberg jim@wsrlaw.net,  
         jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com  
         United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov  
                                                                                                    TOTAL: 3

| **United States Bankruptcy Court** |
|:---:|
| **Central District of California** |

| In re: | |
|---|---|
| Joshua E Greenberg<br>aw We Are Famous, Inc., aw Duck Pond Films, Inc. | CHAPTER NO.: 7 |
| | CASE NO.: 1:17–bk–13065–MT |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☐ Summary(Form 106Sum or 206Sum)
- ☐ Schd A/B(Form106A/B or 206A/B)
- ☐ Schedule C (Form 106C)
- ☐ Schedule D (Form 106D or 206D)
- ☐ Schd E/F(Form106E/F or 206E/F)
- ☑ Schedule G (Form 106G or 206G)
- ☐ Schedule H (Form 106H or 206H)
- ☐ Schedule I (Form 106I)
- ☐ Schedule J (Form 106J)
- ☐ Decl Re Sched (Form 106Dec)
- ☐ Decl for Non–Indiv (Form 202)
- ☐ StmtFinAffairs(Form107 or 207)
- ☐ Statement (Form 122A–1)
- ☐ Means Exempt.(Form 122A–1Supp)
- ☐ Means Calculation(Form 122A–2)
- ☐ Other *(Specify):*

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: November 16, 2017

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mdeforco – Rev 12/2015)    **8 – 1 / RTO**